NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDGEWELL PERSONAL CARE BRANDS, LLC,**
*Plaintiff-Appellant*

**v.**

**ALBAAD MASSUOT YITZHAK, LTD., ALBAAD USA, INC.,**
*Defendants-Appellees*

---

2018-1890

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-01188-KAJ, Circuit Judge Kent A. Jordan.

---

**JUDGMENT**

---

JASON C. KRAVITZ, Nixon Peabody LLP, Boston, MA, argued for plaintiff-appellant. Also represented by LESLIE HARTFORD; DANIEL J. BURNHAM, MATTHEW A. WERBER, Chicago, IL.

DAVID A. LOEWENSTEIN, Pearl Cohen Zedek Latzer LLP, New York, NY, argued for defendants-appellees. Also represented by CLYDE SHUMAN, GUY YONAY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2019                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                  Clerk of Court